# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Christopher Clinton Lawson**          **Docket No. 5:07-CR-36-1D**

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Clinton Lawson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 8, 2007, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1.  The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.  The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3.  The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4.  While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

5.  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Christopher Clinton Lawson was released from custody on February 5, 2010, at which time the term of supervised release commenced. On August 10, 2010, the defendant's conditions of supervision were modified to include:

1.  The defendant shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and skills development training.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 16, 2010, the defendant was charged in Wake County with misdemeanor Simple Possession of Schedule VI Controlled Substance, Expired Registration, and Expired/No Inspection. On November 4, 2010, the defendant pled guilty to a lesser charge of Possession of Marijuana Up to ½ Ounce, and was ordered not to violate the current term of federal supervision. In response, we recommend adding the condition of participating in a cognitive behavioral program to assist the defendant in making better choices. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

On October 7, 2010, Lawson tested positive for marijuana and admitted to smoking the substance on several occasions in September. We have referred him to substance abuse treatment and will monitor his participation in the recommended program.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

    Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

 /s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

 /s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: November 18, 2010

**Christopher Clinton Lawson**
**Docket No. 5:07-CR-36-1D**
**Petition For Action**
**Page 3**

## ORDER OF COURT

Considered and ordered this __6__ day of __December__, 2010, and ordered filed and made a part of the records in the above case.

_James Dever_

James C. Dever III
U.S. District Judge