IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-36-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER CLINTON LAWSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States has withdrawn its opposition to Christopher Clinton Lawson's motion to vacate his conviction under 28 U.S.C. § 1651(a). See [D.E. 47]. The court has reviewed the entire record and GRANTS the motion to vacate. See [D.E. 39]. Lawson's conviction [D.E. 17] is VACATED. The motion to vacate [D.E. 35] and the motion to dismiss [D.E. 40] are DISMISSED as moot.

SO ORDERED. This _6_ day of August 2014.

JAMES C. DEVER III
Chief United States District Judge